PD-0517-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/12/2016 3:56:02 PM
Accepted 5/12/2016 4:09:59 PM
ABEL ACOSTA
CLERK

PD-0517-16

IN THE TEXAS COURT OF CRIMINAL APPEALS

ON PETITION FOR DISCRETIONARY REVIEW FROM THE NINTH COURT OF APPEALS; CAUSE NUMBERS 09-14-00452-CR AND 09-14-00453-CR, AFFIRMING THE DENIAL OF HABEAS CORPUS IN CAUSE NUMBER 13-11-11867 CR (COUNTS I AND II, RESPECTIVELY) FROM THE 221ST DISTRICT COURT OF MONTGOMERY COUNTY, TEXAS.

JEROMY JOHN LEAX V. STATE

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant moves to extend the time for him to file his *Petition for Discretionary Review*, and would show:

The Ninth Court of Appeals entered judgment in Mr. Horhn's two cases, 09-14-00452-CR and 09-14-00453-CR, each styled *Jeromy John Leax v. The State of Texas*, on April 13, 2016.

Mr. Leax did not move for rehearing.

The deadline for Mr. Leax to file his *Petition for Discretionary Review* is May 13, 2016.

Until May 8, 2016, counsel was preparing for jury trials in *U.S. v. Benitez* in the Southern District of Texas and *State v. Liggins* in the 248th District Court. The former will be continued and the latter has been dismissed, so counsel now has time to focus on Mr. Leax's petition.

FILED IN
COURT OF CRIMINAL APPEALS

May 12, 2016

ABEL ACOSTA, CLERK

Mr. Leax seeks an additional thirty days, until June 12, 2016, to file his *Petition for Discretionary Review*.

Mr. Leax has sought no previous extensions.

## Certificate of Service

A copy of this motion will be delivered to Jason Larman, the attorney for the State in the Court of Appeals; and to Lisa McMinn, the State Prosecuting Attorney, by the efiling system.

Thank you,

_____
Mark Bennett
SBN 00792970
Bennett & Bennett
917 Franklin Street, Fourth Floor
Houston, Texas 77002
713.224.1747
mb@ivi3.com